IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALAN ALEJANDRO MARTINEZ-LEON,<br><br>　　　　　Defendant. | 4:13CR3080<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1)   Defendant's motion to continue, (filing no. 45), is granted.

2)   The evidentiary hearing on defendant's motion to suppress, (filing no. 34), will be held before the undersigned magistrate judge on February 5, 2014 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

December 30, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge