IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALAN ALEJANDRO MARTINEZ-LEON,<br><br>　　　　　　Defendant. | **4:13CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney Christopher Roth to withdraw as counsel of record for defendant Alan Alejandro Martinez-Leon, (filing no. 62), is granted.

2) The clerk shall delete Christopher Roth from any future ECF notifications herein.

May 5, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge